CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 23 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TIMOTHY WITCHER, | ) | Civil Action No. 7:10-cv-00371 |
|     Petitioner, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | By:   Hon. James C. Turk |
| COMMONWEALTH, | ) |        Senior United States District Judge |
|     Respondent. | ) | |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED**

**without prejudice** for failure to exhaust state court remedies; a Certificate of Appealability is

**DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copies of this final order and the accompanying

memorandum opinion to the petitioner.

ENTER: This _____ day of August, 2010.

_____
Senior United States District Judge